IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

'00 JAN 12 AM 9:07

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

MOTOR SPORT, INC.,                     '
                                       '
        Plaintiff,                     '
                                       '
        v.                             '    CIVIL NO. 98-2158 (RLA)
                                       '
HARLEY-DAVIDSON MOTOR COMPANY,         '
et al.,                                '
                                       '
        Defendants.                    '
_____   '

## FURTHER ORDER STAYING DISCOVERY
## AND RESCHEDULING SETTLEMENT CONFERENCE

The Joint Motion for Brief Extension of Stay of Discovery Proceedings Pending Settlement Negotiations, filed on January 10, 2000 is hereby **GRANTED**.

Accordingly, discovery in this action is hereby **STAYED** until **February 1, 2000.**

It is further ORDERED that the Settlement Conference scheduled for January 20, 2000 is hereby reset for **March 10, 2000 at 10:30 a.m.**

IT IS SO ORDERED.

San Juan, Puerto Rico, this 10 day of January, 2000.

                                    RAYMOND L. ACOSTA
                                    United States District Judge

AO 72
(Rev 8/82)