IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 FEB 24 AM 8 15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

MOTOR SPORT, INC.,

    Plaintiff,

v.                                        CIVIL NO. 98-2158 (RLA)

HARLEY-DAVIDSON MOTOR COMPANY,
et al.,

    Defendants.

## ORDER CONTINUING SETTLEMENT CONFERENCE INSTRUCTING PARTIES TO FILE JOINT STATUS REPORT AND STAYING DISCOVERY

The Settlement Conference scheduled for March 10, 2000 is hereby **CONTINUED SINE DIE**. Instead, the parties shall file a JOINT STATUS REPORT **on or before March 10, 2000** advising the Court of the status of their settlement negotiations.

It is further ORDERED that discovery in this action is **STAYED** until further Order of the Court.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 17th day of February, 2000.

                    RAYMOND L. ACOSTA
                    United States District Judge

AO 72
(Rev 8/82)